AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR 2 4 2018

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ricardo Roosbel MORALES-Gallegos (Y.O.B. 1988) | ) | Case No. M-18-0643-M |
| Citizenship: Mexico | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 23, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21USC952(a) and 21USC841(a)(1) | Defendant did knowingly and intentionally possess with the intent to distribute and knowingly and intentionally import into the United States from Mexico approximately 19.76 kilograms of methamphetamine, a schedule II controlled substance |

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

_Complainant's signature_

J. Michael Salinas, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 03/24/2018

_Judge's signature_

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
_Printed name and title_

**Attachment "A"**

On March 23, 2018 at approximately 4:53 p.m. Ricardo Roosbel MORALES-Gallegos applied for admission into the United States at the Hidalgo, Texas Port of Entry. MORALES-Gallegos was operating a beige in color Chevrolet Tahoe bearing Nuevo Leon (Mexico) license plates and stated that the purpose of his visit to the United States was to go shopping. Primary database queries were conducted on MORALES-Gallegos as well as his vehicle yielding a positive alert that he may be involved in criminal activity. MORALES-Gallegos was referred for a secondary inspection where a Customs and Border Protection K-9 alerted to the presence of narcotics in the vehicle. An x-ray scan of the vehicle was conducted which resulted in the discovery of anomalies in the spare tire and the rear passenger side panel. The spare tire, which was located underneath the vehicle and only accessible from the exterior, was found to contain a total of 27 duct tape wrapped packages. The rear panel contained a total of 11 duct tape wrapped packages which were only accessible from the inside of the vehicle. All packages removed from the vehicle (38 total) were found to contain methamphetamine and had a combined weight of 19.76 kilograms.

At approximately 8:32 p.m. Ricardo Roosbel MORALES-Gallegos was advised of his Miranda Rights and agreed to be interviewed by HSI Special Agents Joe Michael Salinas and John Reinosa. During the interview MORALES-Gallegos stated that he was taking a trip on behalf of his boss and was headed to San Antonio, Texas and then to Houston, Texas. MORALES-Gallegos stated he had received the vehicle from his boss earlier in the day and he "had a feeling" that the vehicle may have contained something illegal however maintained that he had no knowledge of the presence of any illegal drugs. MORALES-Gallegos admitted that the vehicle was registered under his name in Mexico and further admitted that he had crossed into the United States from Mexico in the same vehicle on at least three different occasions prior to this encounter. MORALES-Gallegos was also in possession of several checks of various amounts made out to different people and stated that he was to be paid $1,000 in U.S. currency if he was successful in cashing the checks on behalf of his boss. A female passenger traveling with MORALES-Gallegos, identified as Yeritse Adeline Ceja, was released after investigation.